# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2983

_____

| | |
|---|---|
| Angela Rosamond, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Eastern District of Arkansas. |
| MCX Transport, Inc.; Joe Estes | *    [UNPUBLISHED] |
| Langley, | * |
| | * |
| Appellees. | * |

_____

Submitted: January 6, 1999
Filed: January 13, 1999

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Angela Rosamond appeals from a jury verdict awarding her damages against MCX Transport, Inc. Rosamond challenges certain evidentiary rulings by the district court[1] and its exclusion of a proffered jury instruction. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that the challenged evidentiary rulings were not an abuse of the district court's discretion and that the

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

court's exclusion of the instruction in question did not violate Arkansas law. Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.